IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FRANCISCO GONZALEZ,

    Petitioner,

vs.          CASE NO. 5:05cv268-RS

JOSE BARRON, JR.,

    Respondent.
_____/

## ORDER

Before the court is the magistrate judge's Report and Recommendation (Doc. 5) and Petitioner's "In Response to the Magistrate Judge's Report and Recommendation (Doc. 6). The court has reviewed *de novo* the issues raised by Petitioner's "In Response to the Magistrate Judge's Report and Recommendation."

IT IS ORDERED:

1. The Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is dismissed with prejudice pursuant to Rule 4, Rules Governing Section 2254 Cases and 28 U.S.C. §2243.

2. The clerk shall enter judgment accordingly and shall close the file.

ORDERED on January 25, 2006.

        **/S/ Richard Smoak**
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**